FILED

MAY 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>            Plaintiff - Appellant,<br><br>  v.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al.,<br><br>            Defendants - Appellees. | No. 12-16258<br><br>D.C. No. 1:11-cv-00528-ACK-KSC<br>District of Hawaii, Honolulu<br><br><br>ORDER |

The appeal filed May 29, 2012 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than June 26, 2012; the answering brief is due July 24, 2012 or 28 days after service of the opening brief, whichever is earlier;

AW/MOATT

and the optional reply brief is due within 14 days after service of the answering brief.  *See* 9th Cir. R. 3-3(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Amber West
Motions Attorney/Deputy Clerk