RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite #808
Honolulu, HI 96813
Telephone: (808) 521-3367
Facsimile: (808) 521-3369
Email: kevin@criminalandmilitarydefensehawaii.com

Attorneys for Plaintiff Christopher Baker

# UNITED STATES COURT OF APPEALS

# NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police;<br>STATE OF HAWAII;<br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU POLICE DEPARTMENT;<br>NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>　　　　　Defendants.<br>_____ | CASE NO. 12-16258<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on the date first written below, I duly served a true and exact copy of the foregoing document upon the following persons by operation of the electronic filing system or first class United States mail, postage prepaid, on:

Curtis Sherwood
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, HI  96813

Kendall Moser
Dept. of the Attorney General
425 Queen Street
Honolulu, HI  96813

DATED:  Honolulu, Hawaii; June 26, 2012.

s/Richard L. Holcomb
Richard L. Holcomb
Attorney for Plaintiff