UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 28 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER BAKER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al., <br><br> Defendants - Appellees. | No. 12-16258 <br><br> D.C. No. 1:11-cv-00528-ACK-KSC <br> U.S. District Court for Hawaii, Honolulu <br><br> **ORDER** |

The opening brief submitted on June 26, 2012 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk