FILED

JUN 29 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al., <br><br> Defendants - Appellees. | No. 12-16258 <br><br> D.C. No. 1:11-cv-00528-ACK-KSC <br> District of Hawaii, Honolulu <br><br> ORDER |

This is a preliminary injunction appeal. Appellant has filed a "Notification Pursuant to Circuit Rule 34-3" along with his opening brief. The proposed briefing schedule contained in appellant's Notification is not adopted. This appeal is governed by Ninth Circuit Rule 3-3. The briefing schedule established in the court's order of May 31, 2012 remains in effect. If any party wishes to file a motion to stay briefing in this appeal pending the resolution of *Richards, et al. v. Prieto, et al.*, No. 11-16255, they may do so.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Holly Baldwin
Deputy Clerk

hmb/MOATT