UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 08 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHRISTOPHER BAKER,

               Plaintiff - Appellant,

  v.

LOUIS KEALOHA, as an individual and
in his official capacity as Honolulu Chief
of Police; et al.,

               Defendants - Appellees.

No. 12-16258

D.C. No. 1:11-cv-00528-ACK-KSC
U.S. District Court for Hawaii,
Honolulu

**ORDER**

      The answering brief submitted on August 8, 2012 is filed.

      Within 7 days of this order, appellees are ordered to file 7 copies of the brief

in paper format, with a red cover, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

      The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or Appellate ECF.

                       FOR THE COURT:
                       Molly C. Dwyer
                       Clerk of Court

                       Gabriela Van Allen
                       Deputy Clerk