UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| CHRISTOPHER BAKER, | No. 12-16258 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 1:11-cv-00528-ACK-KSC |
| v. | District of Hawaii, Honolulu |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al., | ORDER |
| Defendants - Appellees. | |

The motion of appellees Louis Kealoha and the City and County of Honolulu for leave to file a late answering brief is denied as unnecessary, because the brief submitted by appellees on August 8, 2012 has already been ordered filed.

The optional reply brief is due 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Holly Baldwin
Deputy Clerk

hmb/MOATT