FILED

OCT 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>        Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego |
| ADAM RICHARDS; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>ED PRIETO and COUNTY OF YOLO,<br><br>        Defendants - Appellees. | No. 11-16255<br><br>D.C. No. 2:09-cv-01235-MCE-DAD<br>Eastern District of California,<br>Sacramento |
| CHRISTOPHER BAKER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al.,<br><br>        Defendants - Appellees. | No. 12-16258<br><br>D.C. No. 1:11-cv-00528-ACK-KSC<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

HL/Inventory

These appeals have been assigned to the same panel because they involve issues regarding the Second Amendment.

The cases are not consolidated for oral argument. Counsel may wish to confer in order to enhance oral argument. The Clerk shall serve a copy of the court's service list for each case on all parties.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Halina Larman
Deputy Clerk

HL/Inventory