# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-16258 |
| Case Title | Baker v. Kealoha, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 12/06/2012 | Time | 9:00 a.m. | Courtroom | Courtroom 1, 3rd Floor |

Location: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco, CA 94103

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Christine Van Aken, Esq. |
| Address | Office of the City Attorney's Office<br>1 Dr. Carlton B. Goodlett Place, City Hall, Room 234 |
| City | San Francisco |
| State | CA |
| Zip Code | 94102 |
| Phone | (415) 554-4633 |
| Email Address | christine.van.aken@sfgov.org |
| Party/parties represented | Louis Kealoha and the City and County of Honolulu |
| Special needs you may require in the courtroom | |

➤ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Christine Van Aken | Date | 11/13/2012 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the following with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on **November 15, 2012.**

**APPELLEES'** *AMENDED* **ACKNOWLEDGMENT OF HEARING NOTICE**

      Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

      I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

      Executed **November 15, 2012**, at San Francisco, California.

                                      *s/Pamela Cheeseborough*
                                      Pamela Cheeseborough