UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>        Defendants - Appellees. | No. 12-16258<br><br>D.C. No. 1:11-cv-00528-ACK-KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

Disposition of the pending petition for rehearing or rehearing en banc is deferred pending this Court's resolution of pending post-opinion matters in *Peruta v. County of San Diego*, No. 10-56971.